# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *Harborside Associates, LLC,*　　　　　　　　　　　Case No. *2:11-bk-21039*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter *11*

_____ / Debtor

Attorney for Debtor:   *Carl T. Gulliver*

## **VERIFICATION OF CREDITOR MATRIX**

　　　The above named Debtor(s) hereby verify that the attached master mailing list of creditors is true and correct to the best of our knowledge.

Date:  *4/11/2011*　　　　　　　　　　　　　　　　　　*/s/ Luciano Coletta*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

F. Andrew Anastasio Jr.
c/o Cohen & Acampora
8 Frontage Road
East Haven, CT  06512


Kevin Anastasio
233 Strong Street
East Haven, CT  06512


Anthony P. Dicrosta, Esq.
1948 Chapel Street
New Haven, CT  06515


Bishop Jackson & Kelly, LLC
Att:  Enrico R. Costantini Esq
472 Wheelers Farms Road
Milford, CT  06461


Lorenzo Coletta
90 Pent Road
Branford, CT  06405


Luciano Coletta
228 Homeside Avenue
West Haven, CT  06516


Connecticut Business Credit
c/o Kevin S. Tierney, Pres.
388 East Main Street
Branford, CT  06405


Continuity, LLC
111 Elm Street
West Haven, CT  06516


Continuity, LLC
80 Middletown Avenue
New Haven, CT  06513

Carol Eastman
c/o Quatrella & Rizio LLC
P.O. Box 320019
Fairfield, CT  06432


Gabrielle Villano
c/o Groob Ressler & Mulqueen
123 York Street
New Haven, CT  06511


Green & Gross PC
Att:  Paul Sobel, Esq.
1087 Broad Street
Bridgeport, CT  06604


Green & Gross, PC
Att:  Paul A. Sobel, Esq.
1087 Broad Street
Bridgeport, CT  06604


Green & Gross, PC
Att:  Paul Sobel, Esq.
1087 Broad Street
Bridgeport, CT  06604


Marcus Law Firm
275 Branford Road
North Branford, CT  06471


Prime Bank
7 Old Tavern Road
Orange, CT  06477


Salce Companies, LLC
335 Ferry Boulevard
Stratford, CT  06615


Salce Companies, LLC
Att:  Mark Lazar, President
335 Ferry Boulevard
Stratford, CT  06615

Salce Contracting Assoc. Inc.
Att: Mark Lazar, President
335 Ferry Boulevard
Stratford, CT  06615


Susman, Duffy & Segaloff, P.C.
Att: Michael A. Leone, Esq.
P.O. Box 1684
New Haven, CT  06507-1684


Town of Stratford
2725 Main Street
Stratford, CT  06615


Anthony Villano
522 Derby Milford Road
Orange, CT  06477


Webster Bank
145 Bank Street
Waterbury, CT  06702